# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

CLAUDE THOMAS

v.

KATHLEEN G. KANE AND KEVIN L. WEVODAU

PETITION OF: CLAUDE THOMAS

: No. 561 EAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:

CLAUDE THOMAS,

v.

KATHLEEN G. KANE AND KEVIN L. WEVODAU

PETITION OF: CLAUDE THOMAS

: No. 562 EAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.